**No. 09-8331. Martha Ritter, Petitioner v. E. Kerfoot Ritter, Jr.**

559 U.S. 1117, 130 S. Ct. 2432, 176 L. Ed. 2d 944, 2010 U.S. LEXIS 3862.

May 3, 2010. Motion of petitioner to defer consideration of the petition for rehearing denied. Petition for rehearing denied.

Former decision, 559 U.S. 993, 130 S. Ct. 1738, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2211.

---

**No. 09-8333. Evelyn Bowman-Goone, Petitioner v. Joseph Gordon, Justice, Appellate Court of Illinois, First District, et al.**

559 U.S. 1117, 130 S. Ct. 2430, 176 L. Ed. 2d 944, 2010 U.S. LEXIS 3690.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 993, 130 S. Ct. 1738, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2260.

---

**No. 09-8368. Milton Lee Martin, Petitioner v. Lepher Jenkins, Warden.**

559 U.S. 1117, 130 S. Ct. 2431, 176 L. Ed. 2d 944, 2010 U.S. LEXIS 3800.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 994, 130 S. Ct. 1742, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2337.

---

**No. 09-8381. Michael Lynn Bradden, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1117, 130 S. Ct. 2431, 176 L. Ed. 2d 944, 2010 U.S. LEXIS 3711.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 994, 130 S. Ct. 1743, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2317.

---

**No. 09-8683. Terry Brown, Petitioner v. United States.**

559 U.S. 1117, 130 S. Ct. 2431, 176 L. Ed. 2d 944, 2010 U.S. LEXIS 3742.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 984, 130 S. Ct. 1717, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1914.

---

**No. 09-8838. Michael McNeill, Petitioner v. Mike Ruffin.**

559 U.S. 1117, 130 S. Ct. 2431, 176 L. Ed. 2d 944, 2010 U.S. LEXIS 3780.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1016, 130 S. Ct. 1907, 176 L. Ed. 2d 382, 2010 U.S. LEXIS 2556.